# EXHIBIT A

# Newport News-Civil General District Court

## Civil Case Details

### Case Information

| Case Number : | GV18004132-00 | Filed Date : | 02/26/2018 |
|---|---|---|---|
| Case Type : | Warrant In Debt | Debt Type : | |

### Plaintiff Information

| Name | DBA/TA | Address | Judgment | Attorney |
|---|---|---|---|---|
| TAYLOR, CHARLES E | | | | |

### Defendant Information

| Name | DBA/TA | Address | Judgment | Attorney |
|---|---|---|---|---|
| OCWEN LOAN SERVICING LLC | | 100 SHOCKOE SLIP, RICHMOND, VA | | TAN,KENDALL HAMILTON |

### Hearing Information

| Date | Time | Result | Hearing Type | Courtroom |
|---|---|---|---|---|
| 03/19/2018 | 09:00 AM | Continued | | D |
| 04/18/2018 | 09:00 AM | | | D |

### Service/Process

### Reports

### Judgment Information

| Judgment : | | Costs : | $58.00 | Attorney Fees : | |
|---|---|---|---|---|---|
| Principal Amount : | | Other Amount : | | Interest Award : | 6 % FROM DOJ |
| Possession : | | Writ Issued Date : | | Homestead Exemption Waived : | |
| Is Judgment Satisfied : | | Date Satisfaction Filed : | | Other Awarded : | |
| Further Case Information : | | | | | |

### Garnishment Information

### Appeal Information

| Appeal Date : | | Appealed By : | |
|---|---|---|---|



# Notice of Service of Process

null / ALL
**Transmittal Number:** 17838368
**Date Processed:** 03/02/2018

| | |
|---|---|
| **Primary Contact:** | Noemi Morales<br>Ocwen Financial Corporation<br>1661 Worthington Road<br>Ste 100<br>West Palm Beach, FL 33409 |
| **Electronic copy provided to:** | Christine Hill |
| **Entity:** | Ocwen Loan Servicing, LLC<br>Entity ID Number 2122003 |
| **Entity Served:** | Ocwen Loan Servicing, LLC |
| **Title of Action:** | Charles E. Taylor vs. Ocwen Loan Servicing, LLC |
| **Document(s) Type:** | Warrant in Debt |
| **Nature of Action:** | Violation of State/Federal Act |
| **Court/Agency:** | Newport News General District Court, Virginia |
| **Case/Reference No:** | GV18-4132 |
| **Jurisdiction Served:** | Virginia |
| **Date Served on CSC:** | 03/01/2018 |
| **Answer or Appearance Due:** | 03/19/2018 |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | Christopher C. North<br>Not Shown |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

**WARRANT IN DEBT** (CIVIL CLAIM FOR MONEY) — **Courtroom D**
Commonwealth of Virginia  VA. CODE § 16.1-79

Newport News ......................................... General District Court
CITY OR COUNTY

2500 Washington Avenue, Newport News, VA 23607
STREET ADDRESS OF COURT

TO ANY AUTHORIZED OFFICER: You are hereby commanded to summon the Defendant(s).

TO THE DEFENDANT(S): You are summoned to appear before this Court at the above address on

................................................. to answer the Plaintiff(s)' civil claim (see below)
RETURN DATE AND TIME

2-26-18
DATE ISSUED     [ ] CLERK  [x] DEPUTY CLERK  [ ] MAGISTRATE

CLAIM: Plaintiff(s) claim that Defendant(s) owe Plaintiff(s) debt in the sum of

$ 25,000.00 net of any credits, with interest at 6.0 % from date of judgment until paid,

$ 58.00 costs and $ .......... attorney's fees with the basis of this claim being

[ ] Open Account  [ ] Contract  [ ] Note  [x] Other (EXPLAIN)
Dozens of phone calls to Plaintiff's cell phone made with an ATDS in violation of the TCPA without consent and after being told to stop between 10/27/10 and 10/6/17.

HOMESTEAD EXEMPTION WAIVED? [ ] YES  [ ] NO  [x] cannot be demanded

February 5, 2018
DATE     [ ] PLAINTIFF  [x] PLAINTIFF'S ATTORNEY  [ ] PLAINTIFF'S EMPLOYEE/AGENT

**CASE DISPOSITION**

JUDGMENT against [ ] named Defendant(s) [ ] .........................

for $ .......... net of any credits, with interest at .... 6 .... % from date

of .. DOJ .... until paid, $ 58.00 costs and $ .......... attorney's fees

HOMESTEAD EXEMPTION WAIVED? [ ] YES [ ] NO [ ] CANNOT BE DEMANDED

[ ] JUDGMENT FOR [ ] NAMED DEFENDANT(S) [ ] .........................
[ ] NON-SUIT  [ ] DISMISSED .........................

Defendant(s) Present? [ ] YES
                      [ ] NO

.........................        .........................
DATE                              JUDGE

FORM DC-412 (PAGE ONE OF TWO) 07/04 PDF

---

CASE NO. GV18-4132

Charles E. Taylor
PLAINTIFF(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)

v.

Ocwen Loan Servicing, LLC
DEFENDANT(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)

Serve: Corporation Service Company, Registered Agent

100 Shockoe Slip, 2nd Floor

Richmond, VA 23219

**WARRANT IN DEBT**
* * *

TO DEFENDANT: You are not required to appear; however, if you fail to appear, judgment may be entered against you. See the additional notice on the reverse about requesting a change of trial location.
[ ] To dispute this claim, you must appear on the return date to try this case.
[x] To dispute this claim, you must appear on the return date for the judge to set another date for trial.

Bill of Particulars .............................................
                    ORDERED              DUE

Grounds of Defense .............................................
                    ORDERED              DUE

ATTORNEY FOR PLAINTIFF(S)
Christopher C. North, The Consumer & Employee Rights Law Firm, P.C.
5629 George Washington Memorial Hwy., Suite D., Yorktown, VA 23692

ATTORNEY FOR DEFENDANT(S)

---

HEARING DATE AND TIME
March 19 2018
at 9am

JUDGMENT PAID OR SATISFIED PURSUANT TO ATTACHED NOTICE OF SATISFACTION.

.......... DATE

.......... CLERK

DISABILITY ACCOMMODATIONS for loss of hearing, vision, mobility, etc., contact the court ahead of time.

**RETURNS: Each defendant was served according to law, as indicated below, unless not found.**

| NAME .................................................... | NAME .................................................... | NAME .................................................... |
|---|---|---|
| ADDRESS .............................................. | ADDRESS .............................................. | ADDRESS .............................................. |
| [ ] PERSONAL SERVICE   Tel. No. ............ | [ ] PERSONAL SERVICE   Tel. No. ............ | [ ] PERSONAL SERVICE   Tel. No. ............ |
| Being unable to make personal service, a copy was delivered in the following manner: | Being unable to make personal service, a copy was delivered in the following manner: | Being unable to make personal service, a copy was delivered in the following manner: |
| [ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above. | [ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above. | [ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above. |
| [ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.) | [ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.) | [ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.) |
| [ ] Served on Secretary of the Commonwealth | [ ] Served on Secretary of the Commonwealth | [ ] Served on Secretary of the Commonwealth |
| [ ] NOT FOUND     SERVING OFFICER     .......... for _____    DATE | [ ] NOT FOUND     SERVING OFFICER     .......... for _____    DATE | [ ] NOT FOUND     SERVING OFFICER     .......... for _____    DATE |

**OBJECTION TO VENUE:**
To the Defendant(s): If you believe that Plaintiff(s) should have filed this suit in a different city or county, you may file a written request to have the case moved for trial to the general district court of that city or county. To do so, you must do the following:

1. Prepare a written request which contains (a) this court's name, (b) the case number and the "return date" as shown on the other side of this form in the right corner, (c) Plaintiff(s)' name(s) and Defendant(s)' name(s), (d) the phrase "I move to object to venue of this case in this court because" and state the reasons for your objection and also state in which city or county the case should be tried, and (e) your signature and mailing address.

2. File the written request in the clerk's office before the trial date (use the mail at your own risk) or give it to the judge when your case is called on the return date. Also send or deliver a copy to plaintiff.

3. If you mail this request to the court, you will be notified of the judge's decision.

I certify that I mailed a copy of this document to the defendants named therein at the address shown therein on

2/5/18   _Christopher C. North_
DATE
[ ] Plaintiff
[X] Plaintiff's Atty.
[ ] Plaintiff's Agent

Fi. Fa. issued on ...............................................

Interrogatories issued on: ...............................................

Garnishment issued on ...............................................

FORM DC-412, DC-414, DC-428 (REVERSE) REVISED 07/04