# EXHIBIT B

**VIRGINIA:**

**IN THE GENERAL DISTRICT COURT FOR THE CITY OF NEWPORT NEWS,**

**CHARLES E. TAYLOR,**

Plaintiff,

v.  Civil Action No. GV18-4132

**OCWEN LOAN SERVICING, LLC**

Defendant.

## NOTICE OF FILING OF NOTICE OF REMOVAL

PLEASE TAKE NOTICE that a Notice of Removal of this action from the General District Court of Newport News, Virginia to the United States District Court for the Eastern District of Virginia, Newport News Division (a copy of which, including exhibits, is attached as **Exhibit 1**) was submitted on the 30th day of March 2018 for filing in the United States District Court for the Eastern District of Virginia, Newport News Division, thereby effecting removal of this action. Pursuant to 28 U.S.C. § 1446(d), this Court shall proceed no further.

Dated: March 30, 2018

Respectfully submitted,

OCWEN LOAN SERVICING, LLC

By: _____
Michael E. Lacy (VSB No. 48477)
Kendall Hamilton Tan (VSB No. 87594)
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23218-1122
Telephone: (804) 697-1326
Facsimile: (804) 698-5172
Email: michael.lacy@troutman.com
Email: kendall.tan@troutman.com

*Counsel for Ocwen Loan Servicing, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of March 2018, a true and correct copy of the foregoing Notice of Filing Notice of Removal was sent via Federal Express to the following:

**Counsel for Plaintiff**
Christopher C. North, Esq.
The Consumer & Employee Rights Law Firm, P.C.
5629 George Washington Memorial Hwy., Suite D.
Yorktown, Virginia 23692

By: /s/ Kendall Tan
Kendall Hamilton Tan (VSB No. 87594)
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23218-1122
Telephone: (804) 697-1442
Facsimile: (804) 698-5172
Email: kendall.tan@troutman.com

*Counsel for Ocwen Loan Servicing, LLC*