IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

| | | |
|---|---|---|
| **CHARLES E. TAYLOR**, | § § § § | |
| Plaintiff, | § § | |
| vs. | § § | **Civil Action No.** 4:18-cv-36 |
| **OCWEN LOAN SERVICING, LLC**, | § § § | |
| Defendant. | § § | |

## NOTICE OF SETTLEMENT

Defendant, Ocwen Loan Servicing, LLC ("Ocwen"), by and through undersigned counsel, hereby submits this Notice of Settlement and states that Plaintiff Charles Taylor and Ocwen (together, the "Parties") have agreed to the broad terms of a settlement of all the claims in this case. Counsel have agreed to work together to finalize the settlement terms and agreement within the next seven days. The Parties expect to file the appropriate dismissal documents within thirty (30) calendar days.

Dated: November 9, 2018

Respectfully submitted,

**OCWEN LOAN SERVICING, LLC**

By: */s/ Michael E. Lacy*

John C. Lynch, Esq. (VSB No 39267)
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7765
Facsimile:  (757) 687-7510
Email:  john.lynch@troutman.com

Michael E. Lacy (VSB No. 48477)
Kendall Hamilton Tan (VSB No. 87594)
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23218-1122

1

Telephone: (804) 697-1326
Facsimile:  (804) 698-5172
Email:  michael.lacy@troutman.com
Email:  kendall.tan@troutman.com

*Counsel for Ocwen Loan Servicing, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of November 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which automatically sends notice to the following counsel of record:

**Counsel for Plaintiff**
Christopher C. North, Esq.
The Consumer & Employee Rights Law Firm, P.C.
5629 George Washington Memorial Hwy., Suite D.
Yorktown, Virginia 23692
cnorthlaw@aol.com

By: */s/ Michael E. Lacy*
Michael E. Lacy (VSB No. 48477)
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23218-1122
Telephone: (804) 697-1326
Facsimile: (804) 698-5172
Email: michael.lacy@troutman.com

*Counsel for Ocwen Loan Servicing, LLC*