**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION**

| | |
|---|---|
| **CHARLES E. TAYLOR**, | § |
| Plaintiff, | § |
| vs. | §  **Civil Action No.** 4:18-cv-36 |
| **OCWEN LOAN SERVICING, LLC**, | § |
| Defendant. | § |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Charles E. Taylor and Defendant Ocwen Loan Servicing, LLC, by counsel, file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully state to the Court as follows:

There are no longer any issues in this matter between Plaintiff Charles E. Taylor and Defendant Ocwen Loan Servicing, LLC to be determined by this Court. The Plaintiff hereby stipulates that all claims or causes of action against Defendant which were or could have been the subject matter of this lawsuit are hereby dismissed with prejudice, with court costs to be paid by the party incurring the same.

[SIGNATURES ON FOLLOWING PAGE]

Dated: December 17, 2018							Respectfully submitted,

							**OCWEN LOAN SERVICING, LLC**


							By: /s/ *Michael E. Lacy*
							Michael E. Lacy (VSB No. 48477)
							Kendall Hamilton Tan (VSB No. 87594)
							TROUTMAN SANDERS LLP
							1001 Haxall Point
							Richmond, Virginia 23218-1122
							Telephone: (804) 697-1326
							Facsimile:  (804) 698-5172
							Email:  michael.lacy@troutman.com
							Email:  kendall.tan@troutman.com

							*Counsel for Ocwen Loan Servicing, LLC*



							**CHARLES E. TAYLOR**


							By: /s/ *Christopher C. North* w/ permission
							Christopher C. North (VSB No. 16955)
							THE CONSUMER & EMPLOYEE RIGHTS LAW FIRM, P.C.
							5629 George Washington Memorial Hwy., Suite D.
							Yorktown, Virginia 23692
							Telephone: (757) 873-1010
							Facsimile:  (757) 873-8375
							Email: cnorthlaw@aol.com

							*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of December, 2018, I electronically filed the foregoing Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system, which automatically sends notice to the following counsel of record:

**Counsel for Plaintiff**
Christopher C. North, Esq.
The Consumer & Employee Rights Law Firm, P.C.
5629 George Washington Memorial Hwy., Suite D.
Yorktown, Virginia 23692
Telephone: (757) 873-1010
Facsimile: (757) 873-8375
Email: cnorthlaw@aol.com

By: */s/ Michael E. Lacy*
Michael E. Lacy (VSB No. 48477)
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23218-1122
Telephone: (804) 697-1326
Facsimile: (804) 698-5172
Email: michael.lacy@troutman.com

*Counsel for Ocwen Loan Servicing, LLC*